# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 18-71820-BEM |
| KENNETH LAMAR STARR : | CHAPTER 13 |
| : | |
| DEBTOR. : | |

## OBJECTION TO CONFIRMATION

COMES NOW, Specialized Loan Servicing LLC ("Movant"), who holds a secured lien on the Debtor's real property known as 1454 Walnut Log Place, Austell, GA 30168 and objects to confirmation of the Debtor's proposed Chapter 13 Plan on the grounds that it does not comply with the provisions of 11 U.S.C. § 1322, 11 U.S.C. §1325 and 11 U.S.C. §506.  In particular, Movant objects to the Debtor's proposed Chapter 13 Plan on the following grounds.

1.

Movant is in the process of filing a Proof of Claim in the approximate amount of $104,747.72, including estimated pre-petition arrearages in the amount of $17,380.49.

2.

Debtor's Chapter 13 Plan as proposed fails to provide for curing the pre-petition arrearage owed to Movant during a reasonable period of time.

3.

Debtor's Chapter 13 Plan as proposed understates the amount of the prepetition arrears owed to Movant at the time of filing.

4.

Debtor's Chapter 13 Plan's projected monthly arrearage payment is insufficient to protect Movant's interest.

5.

Movant reserves the right to object to confirmation of Debtor's Chapter 13 Plan if Debtor fails to make ongoing direct post-petition mortgage payment as required by Debtor's proposed Chapter 13 Plan.

6.

Upon information and belief, Debtor's Chapter 13 Plan is not feasible.

7.

Debtor's Chapter 13 Plan is not in the best interest of Debtor and Creditors.

WHEREFORE, Movant hereby objects to confirmation of the Debtor's Chapter 13 Plan, and requests that the Court decline to approve Debtor's Chapter 13 plan and grant such additional relief as the Court deems just and proper.

/s/Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
The Chad R. Simon Law Firm, LLC
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by Electronic Mail or regular U. S. Mail to all parties listed below on this 23rd day of January, 2019.

Kenneth Lamar Starr
1454 Walnut Log Place
Austell, GA 30168

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Trustee
Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

          /s/Chad R. Simon
          Chad R. Simon
          Georgia Bar No. 646919

The Chad R. Simon Law Firm, LLC
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046